

ORDERED in the Southern District of Florida on August 28, 2024.

*Corali Lopez-Castro*

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                      Case No.: 22-12103-CLC

**SUNSHINE POOLS & CONTRACTING**
**GROUP, INC.,**                                                                Chapter 7

    Debtor.                                                                     Adv. No. 24-01058-CLC

_____/
**SONEET KAPILA AS CHAPTER 7**
**TRUSTEE,**

    Plaintiff.

vs.

**DLJ MIAMI, INC.,**

    Defendant.
_____/

**ORDER DENYING MOTION REQUESTING**
**PERMISSION TO FILE A LATE ANSWER**

    **THIS MATTER** came before the Court on August 22, 2024, upon the Motion Requesting Permission to File a Late Answer (the "Motion") [ECF No. 23] filed by Daniel

Sanchez, president of Defendant DLJ Miami, Inc.  Because the Defendant is a corporation and must be represented by counsel, the Court cannot grant the requested relief.  Accordingly, it is ORDERED and ADJUDGED that the Motion is DENIED.

# # #

Copies to be served upon interested parties by the Clerk of Court.