# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 22-12103-CLC
CHAPTER 7

IN RE:
Sunshine Pool & Contracting Groups, INC,
Debtor.
_____/



24-1058

## MOTION TO DISMISS DLJ MIAMI INC. FROM PROCEEDINGS PURSUANT TO FED. R. BANKR. P. 7012(b) AND FED. R. CIV. P. 12(b)(6)

COMES NOW, the Respondent, DLJ Miami INC, a Florida corporation, by and through its undersigned representative, and pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(6), hereby moves this Honorable Court to dismiss DLJ Miami INC. from the above-captioned bankruptcy proceedings. In support thereof, DLJ Miami INC respectfully states as follows:

### I. PRELIMINARY STATEMENT

DLJ Miami INC was improperly named and included in this matter. The Debtor, Sunshine Pool & Contracting Groups, INC, has no contractual, legal, or equitable relationship with DLJ Miami INC that would establish standing, liability, or any right to relief against DLJ Miami INC. The inclusion of DLJ Miami INC in this proceeding is baseless and unsupported by fact or law.

### II. BACKGROUND

1. DLJ Miami INC is a Florida-registered corporation operating as a general service provider in the South Florida area.

2. The Debtor, Sunshine Pool & Contracting Groups, INC, submitted an informal inquiry for services to DLJ Miami INC. No formal business relationship, contract, agreement, or financial obligation was ever executed between the parties.

3. DLJ Miami INC did not render any services, did not receive any compensation, and

did not undertake any legal or financial responsibility in connection with the Debtor or the Debtor's estate.

4. DLJ Miami INC is not a creditor, lienholder, contractor, or party in interest under 11 U.S.C. § 101(10), § 1109(b), or any applicable section of the Bankruptcy Code.

### III. LEGAL ARGUMENT

**A. DLJ Miami INC Is Not a Party in Interest Under 11 U.S.C. § 1109(b)**

The Bankruptcy Code permits only parties in interest to appear and be heard in a bankruptcy case. A "party in interest" must have a legally protected interest that could be affected by the outcome of the case. DLJ Miami INC has no such interest.

**B. Lack of Standing and No Justiciable Controversy Exists**

To maintain a valid claim, the Debtor must demonstrate an actual case or controversy with DLJ Miami INC. In this instance, no transaction occurred, no dispute exists, and no claim has been asserted or supported by evidence that would warrant inclusion of DLJ Miami INC as a party.

**C. Failure to State a Claim Upon Which Relief Can Be Granted – Rule 12(b)(6)**

Even assuming the allegations in the record are true, they fail to state any actionable claim against DLJ Miami INC. There is no allegation of wrongdoing, breach, or liability on the part of DLJ Miami INC that satisfies the pleading standard under Ashcroft v. Iqbal, 556 U.S. 662 (2009) or Bell Atl. Corp. v. Twombly, 550 U.S. 544 (2007).

### IV. PRAYER FOR RELIEF

WHEREFORE, DLJ Miami INC respectfully requests that this Court enter an order as follows:

1. Granting this Motion to Dismiss DLJ Miami INC from all proceedings in Case No. 22-12103-CLC;
2. Finding that DLJ Miami INC has no contractual, financial, or legal relationship with the Debtor;
3. Awarding such further relief as the Court deems just and proper.

Dated: June 30, 2025

Respectfully submitted,

Dariel Sanchez
President, DLJ Miami INC
7120 SW 15th Street
Pembroke Pines, FL 33023
Phone: (786) 923-6994
Email: darielsanchez08@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Dismiss has been served by U.S. Mail on this 30th day of June, 2025, to the following parties:

Trustee
Jacqueline Calderín, Trustee
Calderín & Oliva, P.A.
2030 S. Douglas Road, Suite 202
Coral Gables, FL 33134

Attorney for Debtor
Alan R. Rosenthal, Esq.
Rosenthal Law Group, P.A.
4798 New Broad Street, Suite 310
Orlando, FL 32814

U.S. Trustee Office
Office of the United States Trustee
51 SW 1st Avenue, Suite 1204
Miami, FL 33130

_____
Dariel Sanchez
President, DLJ Miami INC