UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SUNSHINE POOLS & CONTRACTING GROUP, INC.,

    Debtor.
_____/
SONEET KAPILA AS CHAPTER 7 TRUSTEE,

    Plaintiff,
-vs-

D L J MIAMI INC,

    Defendant.
_____/

Case No. 22-12103-CLC

Chapter 7

Adv. Pro. No. 24-01058-CLC

## NOTICE OF COMPLIANCE

Comes Now, Soneet Kapila, as Trustee in the above-styled matter, by and through undersigned counsel, and files this *Notice of Compliance* that DLJ Miami, Inc. has complied with the payment of the final judgment under the approved settlement.

**I HEREBY CERTIFY** that a true and correct copy of this Court's above-referenced Notice was served *via* US mail upon: DLJ Miami, Inc, c/o: Daniel Sanchez as President, 7120 SW 15th Street, Pembroke Pines, FL 33023, and via email at darielsanchez08@gmail.com

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated:  August 19th, 2025

                                      Trustee's Counsel
                                      19 West Flagler Street, Suite 416
                                      Miami, FL 33130
                                      Tel. No. (305) 374-0200
                                      Fax. No. (305) 374-0250
                                      Email: jbm@title11law.com

                                      _____/s/_____
                                      JAMES B. MILLER, ESQ.
                                      Fla. Bar No. 0009164