UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

SUNSHINE POOLS & CONTRACTING GROUP, INC.,

    Debtor.
_____/

SONEET KAPILA AS CHAPTER 7 TRUSTEE,

    Plaintiff,

-vs-

D L J MIAMI INC,

    Defendant.
_____/

Case No. 22-12103-CLC

Chapter 7

Adv. Pro. No. 24-01058-CLC

## PARTIAL SATISFACTION AND RELEASE OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS that the Plaintiff, Soneet Kapila, as Chapter 7 Trustee of Sunshine Pools & Contracting Group, Inc., in the above-styled action, wherein a judgment [ECF No. 12] was rendered the 6th day of May 2024 in the principal amount of $14,640.00 plus post-judgment interest at the statutory rate until paid in full, does hereby acknowledge that payment of $7,500.00 as Partial Satisfaction and otherwise releases the Final Judgment pursuant to the terms of the settlement. Witness my hand and seal, this 19th day of August, 2025.

Signed, sealed and delivered in the presence of:

WITNESSES:

Print: AMADO SABINA

_____
JAMES B. MILLER, ESQ.
Counsel to Plaintiff

STATE OF FLORIDA            )
                            ) SS.
COUNTY OF MIAMI-DADE        )

The foregoing instrument was acknowledged before me this 19th day of August, 2025, by James B. Miller, Esq. as counsel to Soneet Kapila as Chapter 7 Trustee of Sunshine Pools & Contracting Group, Inc., who is personally known to me or has produced a Florida's driver's license as identification.

_____
Notary Public, State of Florida at Large

My Commission Expires: 11/8/2025

> Notary Public State of Florida
> Miriam D Jaime
> My Commission
> HH 196383
> Exp. 11/8/2025

2